UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LONNIE JACKSON, ID #4205-13, ) | |
| ID # 559445, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-0360-B |
| ) | |
| ABE PARTINGTON, et al., ) | |
| Defendants. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case in accordance with 28 U.S.C. § 636(b)(1), including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and conducting a *de novo* review of the objections thereto filed by Defendant Partington (Doc. 69), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for Summary Judgment*, filed May 29, 2015 (doc. 52), is **GRANTED in part** and **DENIED in part**. The plaintiff's claim for excessive force in the book-in area on November 21, 2013, is **DISMISSED with prejudice** on grounds of qualified immunity. His claim for excessive force as he was getting out of the police car remains pending for trial.

**SIGNED** this   24th   day of   November  , 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE